James H. Fosbinder #7070
IVEY FOSBINDER FOSBINDER LLLC
A LIMITED LIABILITY LAW COMPANY
1883 Mill Street
Wailuku, Hawaii  96793
Telephone:  (808)242-4956
Facsimile:  (808)249-0668

Attorneys for Plaintiff Adam Furgatch

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| ADAM FURGATCH,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ONEWEST BANK, FSB, a Federal Savings Bank, formerly INDYMAC BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY, a National Banking Association AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FLX6 UNDER THE POOLING AND SERVICING AGREEMENT DATED JULY 1, 2007; and DOES 1-100, inclusive,<br><br>    Defendants. | CIVIL NO. CV 11-00363 DAE KSC<br><br>**Plaintiff's Rule 16 Scheduling Conference Statement**<br><br><br><br><br><br><br><br><br><br>**Date:   September 12, 2011**<br>**Time:   9:00 a.m.**<br>**Judge: Hon. Kevin S.C. Chang** |

**PLAINTIFF'S RULE 16**
**SCHEDULING CONFERENCE STATEMENT**

Pursuant to Local Rule 16.2(b) of the Local Rules of Practice of the United States District Court for the District of Hawaii ("Local Rules of Practice"), Plaintiff ADAM FURGATCH by

1

and through his attorney, JAMES H. FOSBINDER, of the law firm IVEY FOSBINDER FOSBINDER LLLC, a Limited Liability Law Company, submits the following scheduling conference statement:

**I.   Statement of the Case**

This case relates to Plaintiff's real property identified as 82-1021 Kaimalu Place, Captain Cook, Hawaii 96704 (the "Subject Property").

Specifically, this case relates to (i) ONEWEST BANK, FSB, formerly INDYMAC BANK, FSB, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the Indymac Indx Mortgage Trust 2007-FLX6, Mortgage Pass-Through Certificates, Series 2007-FLX6 Under the Pooling and Servicing Agreement dated July 1, 2007 claiming to be the successor in interest by assignment to a mortgage loan transaction which was between Plaintiff and the original lender; (ii) whether or not Defendants have the legal authority to assign the mortgage on the Subject Property; (iii) the controversy that exists between Plaintiff and Defendants regarding their respective claims to the title to the Subject Property; (iv) that the mortgagee's deed to Defendant DEUTSCHE following the foreclosure sale by ONEWEST and DEUTSCHE is void; and (v) breach of contract against Defendants.

**II.   Jurisdiction and Venue**

Jurisdiction arises under 28 U.S.C. § 1332 (Diversity Jurisdiction). Venue is proper in the United States District Court for the District of Hawaii, pursuant to 28 U.S.C. § 1391, in that Defendants systematically conduct and transact substantial business in this State and District as licensed banks and corporations organized and/or operating in the State of Hawaii, the causes of action occurred in this District and Plaintiff resides in this District.

**III. Jury Demand**

None.

**IV.   Appropriateness, Extent and Timing of Disclosures**

Plaintiffs agree to the standard disclosure requirements.

**V.    Discovery Completed, Discovery Pending, Motions Filed**

To date, no formal discovery has been completed. Pursuant to Local Rule 26.1 of the Local Rules of Practice, Plaintiff requests a proposed discovery plan. Plaintiff plans to conduct depositions, followed by requests for admissions and production of documents, including electronic documents and interrogatories.

**VI.  Special Procedures**

Plaintiff is unaware of the need for any special procedures at this time.

**VII. Related Cases**

Plaintiff is unaware of any related cases.

**VIII. Other Matters**

Plaintiff plans to file an amended complaint.

Dated: Wailuku, Hawaii; September 6, 2011

                                IVEY FOSBINDER FOSBINDER LLLC
                                A LIMITED LIABILITY LAW COMPANY

                                */s/ JAMES H. FOSBINDER*____
                                JAMES H. FOSBINDER,
                                Attorney for Plaintiff