**ORIGINAL**

DAVID B. ROSEN (7152-0)
WIL K. YAMAMOTO (7817-0)
LAW OFFICE OF DAVID B. ROSEN, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
rosenlaw@hawaii.rr.com
wyamamoto@rosenlawhawaii.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 6 2011

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

Attorneys for Defendants ONEWEST BANK, FSB and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 Under the Pooling and Servicing Agreement Dated March 1, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ADAM FURGATCH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB, a Federal Savings Bank, formerly INDYMAC BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FLX6 UNDER THE POOLING AND SERVICING AGREEMENT DATED JULY 1, 2007; AND DOES 1-100. inclusive<br><br>Defendants. | CIVIL NO. 11-00363 DAE/KSC<br><br>ONEWEST BANK, FSB and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007'S **CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE** |

**ONEWEST BANK, FSB AND DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007'S CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendants ONEWEST BANK, FSB (incorrectly named in the Complaint as ONEWEST BANK, FSB, a Federal Savings Bank, formerly INDYMAC BANK, FSB) ("OneWest") and DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche Bank"), as Trustee of the IndyMac INDX Mortgage Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 Under the Pooling and Servicing Agreement Dated March 1, 2007 (incorrectly named DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FLX6 UNDER THE POOLING AND SERVICING AGREEMENT DATED JULY 1, 2007) (collectively, "Defendants") files this statement in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure, and declares as follows:

OneWest is a wholly owned subsidiary of OneWest Bank Group, LLC ("Bank Group"), which is a privately held limited liability company. Bank Group is a wholly owned subsidiary of IMB Holdco, LLC ("IMB Holdco"), which is also a

privately held limited liability company. No publicly held corporation owns 10% or more of OneWest, Bank Group, or IMB Holdco.

Deutsche Bank is 100% owned by Deutsche Bank Holdings, Inc., which is 100% owned by Deutsche Bank Trust Corporation, which is 100% owned by Taunus Corporation, which is 100% owned by Deutsche Bank AG. Deutsche Bank AG is a publicly traded German company.

DATED: Honolulu, Hawaii, September 26, 2011.

/s/ David B. Rosen

DAVID B. ROSEN
WIL K. YAMAMOTO
Attorneys for Defendants
ONEWEST BANK, FSB and DEUTSCHE
BANK NATIONAL TRUST COMPANY,
as Trustee of the IndyMac INDX Mortgage
Trust 2007-AR5, Mortgage Pass-Through
Certificates, Series 2007-AR5 Under the
Pooling and Servicing Agreement Dated
March 1, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ADAM FURGATCH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB, a Federal Savings Bank, formerly INDYMAC BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FLX6 UNDER THE POOLING AND SERVICING AGREEMENT DATED JULY 1, 2007; AND DOES 1-100. inclusive<br><br>Defendants. | CIVIL NO. 11-00363 DAE/KSC<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served upon the following party at their last known address by means of U.S. Mail on the date indicated below.

James H. Fosbinder, Esq.
Ivey Fosbinder Fosbinder LLLC
1883 Mill Street
Wailuku, HI   96793
(Attorney for Plaintiff)

[SIGNATURE PAGE FOLLOWS]

DATED: Honolulu, Hawaii, September 26, 2011.

/s/ David B. Rosen
_____
DAVID B. ROSEN
WIL K. YAMAMOTO
Attorneys for Defendants
ONEWEST BANK, FSB and DEUTSCHE
BANK NATIONAL TRUST COMPANY,
as Trustee of the IndyMac INDX Mortgage
Trust 2007-AR5, Mortgage Pass-Through
Certificates, Series 2007-AR5 Under the
Pooling and Servicing Agreement Dated
March 1, 2007