# ORIGINAL

DAVID B. ROSEN (7152-0)
WIL K. YAMAMOTO (7817-0)
LAW OFFICE OF DAVID B. ROSEN, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
rosenlaw@hawaii.rr.com
wyamamoto@rosenlawhawaii.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 06 2011

at 2 o'clock and 3 0 min. P M
SUE BEITIA, CLERK

Attorneys for Defendants ONEWEST BANK, FSB and DEUTSCHE BANK
NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage
Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 Under the
Pooling and Servicing Agreement Dated March 1, 2007

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ADAM FURGATCH, an individual<br><br>Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, a Federal Savings Bank, formerly INDYMAC BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FLX6 UNDER THE POOLING AND SERVICING AGREEMENT DATED JULY 1, 2007; AND DOES 1-100. inclusive<br><br>Defendants. | CIVIL NO. 11-00363 DAE/KSC<br><br>DEFENDANTS ONEWEST BANK, FSB'S, AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007'S, **RULE 16 SCHEDULING CONFERENCE STATEMENT;** CERTIFICATE OF SERVICE |

**DEFENDANTS ONEWEST BANK, FSB'S, AND DEUTSCHE BANK
NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX
MORTGAGE TRUST 2007-AR5, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-AR5 UNDER THE POOLING AND
SERVICING AGREEMENT DATED JULY 1, 2007'S, RULE 16
SCHEDULING CONFERENCE STATEMENT**

Defendants ONEWEST BANK, FSB (incorrectly named in the Complaint as

ONEWEST BANK, FSB, a Federal Savings Bank, formerly INDYMAC BANK,

FSB) ("OneWest"), and DEUTSCHE BANK NATIONAL TRUST COMPANY,

AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR5,

MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5 UNDER

THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007

(incorrectly named in the Complaint as DEUTSCHE BANK NATIONAL TRUST

COMPANY, A NATIONAL BANKING ASSOCIATION AS TRUSTEE OF

THE INDYMAC INDX MORTGAGE TRUST 2007-FLX6, MORTGAGE PASS-

THROUGH CERTIFICATES, SERIES 2007-FLX6 UNDER THE POOLING

AND SERVICING AGREEMENT DATED *JULY* 1, 2007) ("DBNTC")

(collectively, "Defendants"), by and through their counsel, The Law Office of

David B. Rosen, ALC, hereby submit the following Scheduling Conference

Statement in accordance with Federal Rules of Civil Procedure ("FRCP") Rule 16,

and Local Rule 16.2 of the Rules of the United States District Court for the District

of Hawaii.

## I.   **NATURE OF THE CASE**

OneWest was the servicer for and attorney in fact of the foreclosing mortgagee, DBNTC, and foreclosed on that certain Mortgage dated February 6, 2007, recorded in the Bureau of Conveyances, State of Hawaii ("Bureau"), as Document No. 2007-031705, concerning the real property located at 82-1021 Kaimalu Place, Captain Cook, Hawaii 96704 (the "Property"), under a power of sale foreclosure held on February 14, 2011.

As a result of said foreclosure, DBNTC became the owner of the Property as evidenced by that Mortgagee's Quitclaim Deed Pursuant to Power of Sale ("Deed") recorded on March 14, 2011 in the Bureau, as Document No. 2011-042747.

Plaintiff ADAM FURGATCH ("Plaintiff") admits in his Complaint filed June 8, 2011 ("Complaint"), that he entered into a Hawaii Association of REALTORS Standard Form Purchase Contract (the "Purchase Contract") with DBNTC to buy the Property for $715,000.00 (the "Purchase Price") and made an initial deposit of $23,000.00 on or about April 5, 2011. Plaintiff decided not to pay the balance of the purchase price because of alleged concerns regarding title to the Property.

Because of Plaintiff's breach due to nonpayment of the Purchase Price, OneWest terminated the Purchase Contract. The Property was then sold to non –

parties to this litigation, Charles H. Bundrant and Diane L. Bundrant, as evidenced by a Limited Warranty Deed recorded on June 7, 2011 in the Bureau, as Document No. 2011-089870.

Plaintiff's Complaint sets forth two causes of actions against OneWest and DBNTC for: (1) "Declaratory Relief – Quiet Title" (Compl. ¶ 32); and (2) "Breach of Contract Against OneWest and [DBNTC]" (*Id.*, ¶64) (brackets added).

Plaintiff's first argument regarding his claim for declaratory relief appears to be that the Assignment of Mortgage ("Assignment"), which was recorded on October 26, 2010, in the Bureau of Conveyances, State of Hawaii, as Document No. 2010-162540, was invalid because MERS had no authority to execute the Assignment. Compl., ¶ 42.  Because of the alleged invalid Assignment, Plaintiff claims that DBNTC wrongfully foreclosed on the Property.

Plaintiff's second argument regarding his claim for declaratory relief appears to be that the Deed is void because the notary's signature on the Deed is "highly unlikely to be the notary's valid signature." Compl. ¶ 61.  Because the Deed is allegedly void, Plaintiff alleges that the foreclosure is defective and, therefore, DBNTC's title to the Property is also defective.  Compl. ¶ 63.

Plaintiff's argument regarding his claim for breach of contract appears to be that DBNTC unilaterally cancelled the Purchase Contract in violation of the terms contained therein.  Compl. ¶¶ 67, 68.   Plaintiff claims that he is still interested in purchasing the Property.  *Id.* ¶ 72.

4

As will be established during the course of these proceedings, all of Plaintiff's claims fail as against OneWest and DBNTC due to lack of factual allegations and/or supporting legal authority.

## II. STATEMENT OF JURISDICTION AND VENUE

On June 8, 2011, Plaintiff commenced this action in the United States District Court for the District of Hawaii, entitled *Adam Furgatch v. OneWest Bank, FSB, a Federal Savings Bank, formerly IndyMac Bank, FSB; Deutsche Bank National Trust Company, a National Banking Association as Trustee of the IndyMac INDX Mortgage Trust 2007-FLX6, Mortgage Pass-Through Certificates, Series 2007-FLX6 Under the Pooling and Servicing Agreement Dated July 1, 2007; and DOES 1-100*, Civil No. 11-00363 DAE/KSC.

## III. JURY TRIAL DEMAND

Plaintiff has not demanded a jury trial.

## IV. APPROPRIATENESS, EXTENT AND TIMING OF INITIAL DISCLOSURES

Rule 26 disclosures should be provided in the ordinary course.

## V. DISCOVERY

Defendants have not initiated discovery and are not aware of any completed or outstanding discovery initiated by Plaintiff. However, Defendants reserve the right to engage in written discovery if it becomes necessary to do so.

## VI.   PENDING MOTIONS

Defendants are not aware of any pending motions.

## VII.   SPECIAL PROCEDURES

Defendants anticipate no special procedures or other matter specified in

FRCP 16(c) and/or Local Rule 16.2.

## VIII.   ADDITIONAL MATTERS AND RELATED CASES

None.

DATED: Honolulu, Hawaii, October 6, 2011.

_____
DAVID B. ROSEN
WIL YAMAMOTO
Attorneys for Defendants
ONEWEST BANK, FSB and DEUTSCHE
BANK NATIONAL TRUST COMPANY,
AS TRUSTEE OF THE INDYMAC INDX
MORTGAGE TRUST 2007-AR5,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-AR5
UNDER THE POOLING AND
SERVICING AGREEMENT DATED
MARCH 1, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ADAM FURGATCH, an individual | CIVIL NO. 11-00363 DAE/KSC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ONEWEST BANK, FSB, a Federal Savings Bank, formerly INDYMAC BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FLX6 UNDER THE POOLING AND SERVICING AGREEMENT DATED JULY 1, 2007; AND DOES 1-100. inclusive | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served upon the following party at their last known address by means of U.S. Mail on October 6, 2011:

James H. Fosbinder, Esq.
Ivey Fosbinder Fosbinder LLLC
1883 Mill Street
Wailuku, HI 96793
(Attorney for Plaintiff)

DATED: Honolulu, Hawaii, October 6, 2011.

_____

DAVID B. ROSEN
WIL YAMAMOTO
Attorneys for Defendants
ONEWEST BANK, FSB and DEUTSCHE
BANK NATIONAL TRUST COMPANY,
AS TRUSTEE OF THE INDYMAC INDX
MORTGAGE TRUST 2007-AR5,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-AR5
UNDER THE POOLING AND
SERVICING AGREEMENT DATED
MARCH 1, 2007