Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

WAYNE NASSER     1097-0
GARY P. QUIMING  8822-0
Alii Place, Suite 1400
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone:     (808) 539-0400
Facsimile:     (808) 533-4945
E-mail:   wnasser@awlaw.com
          gquiming@awlaw.com

Attorney for Defendants
  Charles H. Bundrant and Diane L. Bundrant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ADAM FURGATCH, an individual, | CIVIL NO. CV 11-00363 HG-KSC |
| Plaintiff, | FIRST STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS CHARLES H. BUNDRANT AND DIANE L. BUNDRANT TO RESPOND TO FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, SPECIFIC PERFORMANCE, AND OTHER RELIEF, FILED ON 5/29/12 |
| v. | |
| ONEWEST BANK, FSB, a Federal Savings Bank, formerly INDYMAC BANK, FSB, et al., | |
| Defendants. | |

FIRST STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS CHARLES H. BUNDRANT AND DIANE L. BUNDRANT TO RESPOND TO FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, SPECIFIC PERFORMANCE, AND OTHER RELIEF, FILED ON 5/29/12

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants Charles H. Bundrant and Diane L. Bundrant that they shall have an extension of time to respond to Plaintiff's First Amended Complaint for Declaratory Relief, Specific Performance, and Other Relief, filed herein on May 29, 2012, from September 4, 2012 up to and including September 28, 2012.

DATED: Honolulu, Hawaii; August 30, 2012.

/s/ Damon M. Senaha
DAMON M. SENAHA
Attorney for Plaintiff

/s/ Wayne Nasser
WAYNE NASSER
Attorney for Defendants
Charles H. Bundrant and Diane L. Bundrant

Dated: Honolulu, Hawaii, August 31, 2012.

APPROVED AND SO ORDERED:



_____
Kevin S.C. Chang
United States Magistrate Judge

Adam Furgatch v. OneWest Bank, FSB, et al., Civil No. 11-00363 DAE/KSC; First Stipulation for Extension of Time for Defendants Charles H. Bundrant and Diane L. Bundrant to Respond to First Amended Complaint for Declaratory Relief, Specific Performance, and Other Relief, Filed on 5/29/12.