**ORIGINAL**

DAVID B. ROSEN (7152-0)
LAW OFFICE OF DAVID B. ROSEN, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
rosenlaw@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 02 2012

at ____ o'clock and ____ m̄n, ____ M.
SUE BEITIA, CLERK

Attorney for Defendants ONEWEST BANK, FSB, and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 Under the Pooling and Servicing Agreement Dated March 1, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ADAM FURGATCH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB, a Federal Savings Bank, formerly INDYMAC BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FLX6 UNDER THE POOLING AND SERVICING AGREEMENT DATED JULY 1, 2007; CHARLES H. BUNDRANT and his wife, DIANE L. BUNDRANT; and DOES 1-100, inclusive.<br><br>Defendants. | CIVIL NO. 11-00363 HG/KSC<br><br>DEFENDANTS ONEWEST BANK, FSB'S and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007'S **CERTIFICATION AS TO LENGTH AND/OR WORD COUNT OF REPLY PURSUANT TO LOCAL RULE 7.5(c)** |

**DEFENDANTS ONEWEST BANK, FSB'S and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007'S CERTIFICATION AS TO LENGTH AND/OR <u>WORD COUNT OF REPLY PURSUANT TO LOCAL RULE 7.5(c)</u>**

Pursuant to Rule 7.5(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned hereby certifies that the accompanying DEFENDANTS ONEWEST BANK, FSB'S and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007'S REPLY TO [87] PLAINTIFF ADAM FURGATCH'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, has a word count of 4,395 including footnotes and headings, but not including, the Table of Contents and Table of Authorities and case caption.

[SIGNATURE PAGE FOLLOWS]

DATED: Honolulu, Hawaii, October 2, 2012.

_____
DAVID B. ROSEN
Attorney for Defendants
ONEWEST BANK, FSB and DEUTSCHE
BANK NATIONAL TRUST COMPANY, as
Trustee of the IndyMac INDX Mortgage Trust
2007-AR5, Mortgage Pass-Through Certificates,
Series 2007-AR5 Under the Pooling and
Servicing Agreement Dated March 1, 2007