ORIGINAL



DAVID B. ROSEN (7152-0)
LAW OFFICE OF DAVID B. ROSEN, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
rosenlaw@hawaii.rr.com

Attorneys for Defendants ONEWEST BANK, FSB, and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 Under the Pooling and Servicing Agreement Dated March 1, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ADAM FURGATCH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB, a Federal Savings Bank, formerly INDYMAC BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FLX6 UNDER THE POOLING AND SERVICING AGREEMENT DATED JULY 1, 2007; CHARLES H. BUNDRANT and his wife, DIANE L. BUNDRANT; and DOES 1-100, inclusive.<br><br>Defendants. | CIVIL NO.: 11-00363 HG/KSC<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the following documents were served on the following parties via hand delivery, at the address indicated below on the date indicated below:

1. DEFENDANTS ONEWEST BANK, FSB'S and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007'S REPLY TO [87] PLAINTIFF ADAM FURGATCH'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;

2. DEFENDANTS ONEWEST BANK, FSB'S and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007'S CERTIFICATION AS TO LENGTH AND/OR WORD COUNT OF REPLY PURSUANT TO LOCAL RULE 7.5(c); and

3. CERTIFICATE OF SERVICE.

Damon Senaha, Esq.
1188 Bishop Street, Suite 2002
Honolulu, HI 96813
(Attorney for Plaintiff Adam Furgatch)

Wayne Nasser, Esq.
Gary P. Quiming, Esq.
Alii Place, Suite 1400
1099 Alakea Street
Honolulu, HI 96813
(Attorneys for Defendants Charles H. Bundrant and Diane L. Bundrant)

DATED: Honolulu, Hawaii, October 2, 2012.

                                                        DAVID B. ROSEN
                                                        Attorney for Defendants
                                                        ONEWEST BANK, FSB and DEUTSCHE
BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 Under the Pooling and Servicing Agreement Dated March 1, 2007