IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
ADAM FURGATCH,                    )    CIVIL NO. 11-00363 HG-KSC
                                  )
               Plaintiff,         )
                                  )
          vs.                     )
                                  )
ONEWEST BANK, FSB; DEUTSCHE       )
BANK NATIONAL TRUST COMPANY, as   )
Trustee of the IndyMac INDX       )
Mortgage Trust 2007-AR5,          )
Mortgage Pass-Through             )
Certificates, Series 2007-AR5     )
Under the Pooling and Servicing   )
Agreement Dated March 1, 2007;    )
CHARLES H. BUNDRANT and his       )
wife, DIANE L. BUNDRANT; and      )
DOES 1-100, inclusive,            )
                                  )
               Defendants.        )
_____    )
```

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS CHARLES H. BUNDRANT AND DIANE L. BUNDRANT'S MOTION FOR ATTORNEYS' FEES AND COSTS (ECF No. 129)**

Findings and Recommendation having been filed and served on all parties on March 11, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Defendants Charles H. Bundrant and Diane L. Bundrant's Motion for Attorneys' Fees and

Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:     April 29, 2013, Honolulu, Hawaii.



                                        /S/ Helen Gillmor
                            _____
                            Helen Gillmor
                            United States District Judge

FURGATCH V. ONEWEST BANK, ET AL.; CIV. NO. 11-00363 HG-KSC; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS CHARLES H. BUNDRANT AND DIANE L. BUNDRANT'S MOTION FOR ATTORNEYS' FEES AND COSTS (ECF No. 129)**